U.S. Department of Justice

USDOS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/13

Antitrust Division

*Midwest Field Office*

*Rookery Building*
*209 South LaSalle Street, Suite 600*
*Chicago, Illinois 60604*        *FAX 312/353-1046*

May 23, 2013

**By Facsimile**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Mark Zaino*, 10 Cr. 434
     *United States v. Alexander Wright*, 12 Cr. 551

Dear Judge Wood:

The Government respectfully writes to request an adjournment of the sentencing dates for Mark Zaino and Alexander Wright, two cooperating defendants who testified in the trial of *United States v. Ghavami, et al.* (No. 10 Cr. 1217). Zaino and Wright are presently scheduled to be sentenced on July 8, 2013 and July 9, 2013, respectively. At the time that those dates were set, defendants in the *Ghavami* matter were scheduled to be sentenced on May 20, 21, and 22, 2013. The *Ghavami* Defendants' sentencing dates have since been rescheduled for July 23 and 24, 2013. Defendants Wright and Zaino testified about, and were involved in, many of the fraudulent transactions at issue in the *Ghavami* trial. Consequently, common issues of loss and restitution may be resolved during the sentencings in the *Ghavami* matter. For this reason, and taking into account the schedules of the Court, the probation officers, and the parties, the Government respectfully requests that Zaino and Wright be scheduled for sentencing during the period of September 17-19, 2013. The Government further suggests that, if convenient to the Court, the two sentencings be scheduled for the same date or consecutive dates, so as to reduce travel costs to the Government.

The Government has conferred with counsel for defendants Zaino and Wright regarding this request, and they concur with the time frame suggested by the Government.

Letter to Judge Wood regarding Sentencing Dates
*United States v. Mark Zaino, 10 Cr. 434*
*United States v. Alexander Wright, 12 Cr. 551*
Page 2

Sentencing for Mark Zaino
will be held on September 17, 2013,
at 2:00 p.m. Sentencing for
Alexander Wright will be held
on September 18, 2013, at 10:00 a.m.

Respectfully,

KALINA M. TULLEY
JOHN W. VAN LONKHUYZEN
Trial Attorneys, Antitrust Division

May 28, 2013
SO ORDERED:   N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.

cc:   Deborah A. Schwartz, Esq.
      Counsel for Mark Zaino

      Sean P. Casey, Esq.
      Counsel for Alexander Wright

      (via e-mail)