UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

Plaintiff,

Case No. 1:10-CR-00434-KMW

against

Mark Zaino

Defendant.

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### John W. VanLonkhuyzen
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JV1234     My State Bar Number is 545278 (MA)

I am,

[ ] An attorney
[✔] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: U.S. Dept. of Justice - Antitrust Division
FIRM ADDRESS: 26 Federal Plaza, Room 3630, New York, NY 10278
FIRM TELEPHONE NUMBER: (212) 264-9307
FIRM FAX NUMBER: (212) 264-0678

NEW FIRM:   FIRM NAME: U.S. Dept. of Justice - Antitrust Division
FIRM ADDRESS: 26 Federal Plaza, Room 3630, New York, NY 10278
FIRM TELEPHONE NUMBER: (212) 335-8037
FIRM FAX NUMBER: (212) 335-8023

[✔] I will continue to be counsel of record on the above entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 08/27/2013

/s/ John W. VanLonkhuyzen
ATTORNEY'S SIGNATURE