```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against

MARK ZAINO,

                          Defendant.
------------------------------------------------------------x

**ORDER**
10 CR 434 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant is adjourned to Tuesday, January 14, 2014, at 2:00 p.m.

    SO ORDERED.

Dated: New York, New York
       November 20, 2013

                                           KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE